Order entered October 23, 2012

004563



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00909-CR

### ERIC LYLE WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd District Court
Kaufman County, Texas
Trial Court Cause No. 29823-422**

## ORDER

The Court **GRANTS** appellant's October 10, 2012 motion to file amended brief.

We **ORDER** appellant to file his amended brief on or before November 9, 2012.


CAROLYN WRIGHT
CHIEF JUSTICE